# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION



FILED
FEB 16 2017
Clerk, U S District Court
District Of Montana
Missoula

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | PO-17-5029-M-JCL | |
| | CVB VIOLATION NO: | |
| Plaintiff, | F4864378 | |
| vs. | | |
| BRIAN K. SUNDERLAND, | JUDGMENT AND SENTENCE | |
| Defendant. | | |

Defendant appeared before the Court on January 5, 2017, for his arraignment on the above-referenced violation notice charging him with 36 CFR 261.58cc Leaving food, garbage unattended, a Class B misdemeanor. The Court advised Defendant of the charge, his rights relative to that charge, and the possible penalties. He stated he understood, and he entered a plea of guilty to the charge. The Court accepted his plea. Therefore,

**IT IS ORDERED** that Defendant is sentenced to pay a total of $50.00, which has been paid in full.

The Clerk of Court is directed to send a copy of this Judgment and Sentence to Defendant and to the U.S. Attorney's Office.

The Clerk is further directed to forward a copy of this Order to the Central Violations Bureau at P.O. Box 780549, San Antonio, Texas 78278-0549.

JUDGMENT AND SENTENCE - PAGE 1

CVB shall enter **FC** as the disposition code.

DATED this 16 day of February, 2017.

*Jeremiah C. Lynch*
Jeremiah C Lynch
United States Magistrate Judge

c: USA
Def
CVB